THIS ORDER IS APPROVED.

Dated: June 21, 2017

_____
**Scott H. Gan, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceeding |
| CLAUDIA OLYMPIA ROSALES, | Case No. 4:15-bk-00788-BMW |
| Debtor. | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| CLAUDIA OLYMPIA ROSALES, | Adversary No. 4:16-ap-00253-BMW |
| Plaintiff | |
| v. | |
| VALSTATE HOMEOWNERS ASSOCIATION, | |
| Defendant. | |

This matter has been referred to this court for a settlement conference. The following procedure shall apply to the Settlement Conference set for Monday, August 28, 2017 at 11:00 a.m., United States Bankruptcy Court, 38 South Scott Avenue, Courtroom 329, Tucson, AZ 85701.

1. **All parties shall appear at the settlement conference with counsel and with a representative of each party authorized to resolve the issues in this case.**

2. The parties are required to hand-deliver, Fax: 520-202-7991 or e-mail

(Sasha_Aliakbar-Amid@azb.uscourts.gov) to Chambers, 38 South Scott Avenue, Tucson, Arizona 85701, no later than **August 21, 2017**, a short statement addressing the following issues:

- a) A brief review of the procedural status of the case;
- b) A brief factual overview;
- c) Identification of the key factual and legal issues in dispute including a detailed "damages" analysis;
- d) A bullet-style list of your factual/legal strengths;
- e) A candid, bullet-style list of the other party's factual/legal strengths, along with your response;
- f) The underlying business or personal needs of *both* parties from a non-monetary perspective;
- g) An explanation of what impediments, if any, exist to a satisfactory settlement of the issues among these parties;
- h) A statement of the terms upon which such party would be willing to settle the outstanding issues in the case, including, <u>but not limited to</u>, a copy of the written settlement proposal exchanged pursuant to this Order;
- i) Any proposals for particular settlement or dispute resolution techniques that ought to be used by the Court;
- j) What time constraints, if any, affect the reaching of a satisfactory settlement; and
- k) A direction to the Court of which portions, if any, of the file should be reviewed prior to the conference.

3. The foregoing Statements shall <u>not</u> be filed with the Clerk of the Court and

shall <u>not</u> be served on the other parties.  These are for the Court's review only and shall remain confidential and will not be disclosed to anyone including the trial judge.  The parties are urged to be <u>fully candid and forthright</u> in their assessment of the present situation.

4. By agreeing to participate in the settlement conference, parties and counsel understand and agree that the settlement judge cannot be called as a witness for any purpose including discovery.

**IT IS SO ORDERED.**

DATED AND SIGNED ABOVE.

To be NOTICED by the BNC
("Bankruptcy Noticing Center") to:

Daniel J. Rylander
Daniel J. Rylander , PC
2701 E. Speedway Blvd #203
Tucson, AZ  85716
*Attorneys for Plaintiff*

Bradley Jardine
Jardine, Baker, Hickman & Houston, PLLC
3300 N. Central Avenue #2600
Phoenix, AZ  85012
A*ttorneys for Defendant*

Chad P. Miesen
Carpenter Hazelwood Delgado & Bolen, PLC
1400 E. Southern Avenue Suite 400
Tempe, AZ  85282
*Attorneys for Defendant*